# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, TRUSTEES OF THE FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, CONTRACT ADMINISTRATION FUND, SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, and OPERATING ENGINEERS WORKERS' COMPENSATION TRUST.

                Plaintiffs,

    v.

MIKE BUBALO CONSTRUCTION CO., INC., a California corporation,

                Defendant.

Case No. 2:18-cv-07854 SVW (PLAx)

**ORDER**

Assigned to the Honorable Stephen V. Wilson

JS-6

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER

1291113

The Court having reviewed the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED the above-entitled action is hereby dismissed with prejudice.

DATED: November 14, 2018

_____
UNITED STATES DISTRICT JUDGE